IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Osborne, Felicia

Printed: 4/8/08

Case Number: 07 B 11561
Judge: Wedoff, Eugene R
Filed: 6/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 21, 2008
Confirmed: September 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 435.00 |  |
| Secured: |  | 411.51 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 23.49 |
| Other Funds: |  | 0.00 |
| Totals: | 435.00 | 435.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 1,650.00 | 0.00 |
| 2. | HSBC Auto Finance | Secured | 4,319.43 | 411.51 |
| 3. | Internal Revenue Service | Priority | 1,293.72 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 792.84 | 0.00 |
| 5. | HSBC Auto Finance | Unsecured | 16.78 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 460.55 | 0.00 |
| 7. | First Bank Of Delware | Unsecured | 54.23 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 132.39 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 93.18 | 0.00 |
| 10. | Triad Financial Services | Unsecured | 1,671.35 | 0.00 |
| 11. | The Acona School | Unsecured | 563.13 | 0.00 |
| 12. | Capital One | Unsecured | 80.95 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 18.20 | 0.00 |
| 14. | Applied Card Bank | Unsecured | | No Claim Filed |
| 15. | Direct Tv | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Brylane Home | Unsecured | | No Claim Filed |
| 18. | First Premier Bank | Unsecured | | No Claim Filed |
| 19. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 20. | Premier Bankcard | Unsecured | | No Claim Filed |
| 21. | St James Hospital | Unsecured | | No Claim Filed |
| 22. | T Mobile USA | Unsecured | | No Claim Filed |
| 23. | TCI | Unsecured | | No Claim Filed |
| 24. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 25. | Westbury | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Osborne, Felicia | Case Number: 07 B 11561 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/8/08 | Filed: 6/28/07 |

$ 11,146.75        $ 411.51

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 23.49 |

$ 23.49

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____